```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2021 NOV 12 PM 5: 40

CAROL L. MICHEL
CLERK
```

SEALED

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**FELONY**

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-143** |
| v. | * | **SECTION: SECT. T MAG 4** |
| **RENALDO RUFFIN** | * | **VIOLATION: 18 U.S.C. § 922(g)(1)** |
| | | **18 U.S.C. § 924(a)(2)** |
| | * | |

* * *

The Grand Jury charges that:

### COUNT 1

On or about August 31, 2020, in the Eastern District of Louisiana, the defendant, **RENALDO RUFFIN,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on March 17, 2016, in the Orleans Parish Criminal District Court, under Case No. 526-061 "H" for possession of heroin, in violation of Louisiana R.S. 40:966(c)(1), knowingly possessed a firearm, to wit, a Glock Model 23 .40 S&W caliber semiautomatic handgun bearing serial number EKL738, said firearm was in and affecting in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

```
X Fee U SA
___ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc.No. ___
```

## NOTICE OF FORFEITURE

1.      The allegations of Count 1 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.      As a result of the offense charged in Count 1, the defendant, **RENALDO RUFFIN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

3.      If any of the above-described property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

[signature]

DUANE A. EVANS
UNITED STATES ATTORNEY

[signature]

JONATHAN L. SHIH
Assistant United States Attorneys
New Orleans, Louisiana
November 12, 2021

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**RENALDO RUFFIN**

## INDICTMENT
### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

VIOLATION:  18 U.S.C. § 922(g)(1)
            18 U.S.C. § 924(a)(2)

Filed in open court this _____ day of _____ A.D. 2021.

_____
Clerk

Bail, $ _____



Jonathan L. Shih
Assistant United States Attorney